| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

REMA CHARLES WOLF,  §
        §
    Plaintiff,  §
        §
*versus*      §   CIVIL ACTION NO. 1:19-CV-286
        §
THE CITY OF PORT ARTHUR, §
        §
    Defendant.  §

### ORDER

Movants Tarek Fahmy and the Law Office of Tarek Fahmy, PLLC's Motion to Withdraw (#16) is GRANTED.

**Signed this date**

Aug 14, 2019

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE